B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Caregiver Management Systems, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA All American Care of Muscatine** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**36-3996016** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 Westwind Court**<br>**Lake Zurich, IL**<br><div align="right">ZIP Code **60047**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):   **2002 Cedar St.**<br>**Muscatine, IA 52761** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ■ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**                                                  THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Caregiver Management Systems, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | **Caregiver Management Systems, Inc.** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Konstantine Sparagis**
Signature of Attorney for Debtor(s)

**Konstantine Sparagis 6256702**
Printed Name of Attorney for Debtor(s)

**Law Offices Of Konstantine Sparagis**
Firm Name
**8 S. Michigan Avenue**
**27th Floor**
**Chicago, IL 60603**

Address

**312.753.6956  Fax: 866.333.1840**
Telephone Number

**December 19, 2013**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jerry Rhoads**
Signature of Authorized Individual

**Jerry Rhoads**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**December 19, 2013**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Caregiver Management Systems, Inc.**
                                                  Debtor(s)

Case No. _____
Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Accountemps**<br>PO Box 743295<br>Los Angeles, CA 90074 | **Accountemps**<br>PO Box 743295<br>Los Angeles, CA 90074 | **Business Debt Unsecured** | | **5,198.11** |
| **ArjoHuntleigh**<br>PO Box 640799<br>Pittsburgh, PA 15264 | **ArjoHuntleigh**<br>PO Box 640799<br>Pittsburgh, PA 15264 | **Business Debt Unsecured** | | **8,288.81** |
| **Community Medical Supply, Inc.**<br>PO Box 948<br>Washington, IA 52353 | **Community Medical Supply, Inc.**<br>PO Box 948<br>Washington, IA 52353 | **Vendor General Unsecured Debt** | | **4,857.42** |
| **Creative Solutions, Unlimited, Inc.**<br>203 Gilman St<br>PO Box 560<br>Sheffield, IA 50475 | **Creative Solutions, Unlimited, Inc.**<br>203 Gilman St<br>PO Box 560<br>Sheffield, IA 50475 | **Business Debt Unsecured** | | **5,802.00** |
| **Fredrikson & Byron, PA**<br>Attorneys and Advisors<br>PO Box 1484<br>Minneapolis, MN 55480 | **Fredrikson & Byron, PA**<br>Attorneys and Advisors<br>PO Box 1484<br>Minneapolis, MN 55480 | **Business Debt Unsecured** | | **18,219.81** |
| **Iowa Healthcare Association**<br>1775 90th St<br>West Des Moines, IA 50266 | **Iowa Healthcare Association**<br>1775 90th St<br>West Des Moines, IA 50266 | **Business Debt Unsecured** | | **6,537.85** |
| **Iowa Medicaid Enterprise**<br>100 Army Post Road<br>Des Moines, IA 50315 | **Iowa Medicaid Enterprise**<br>100 Army Post Road<br>Des Moines, IA 50315 | **General Debt Unsecured** | **Disputed** | **48,000.00** |
| **Iowa Workforce Development Center**<br>1000 East Grand Ave<br>Des Moines, IA 50319 | **Iowa Workforce Development Center**<br>1000 East Grand Ave<br>Des Moines, IA 50319 | **Business Debt Unsecured** | **Disputed** | **50,363.06** |
| **Kabel Business Servies**<br>1454 30th St, Ste. 202<br>West Des Moines, IA 50266 | **Kabel Business Servies**<br>1454 30th St, Ste. 202<br>West Des Moines, IA 50266 | **Payroll Processor** | | **165,000.00** |
| **KCI USA**<br>PO Box 301557<br>Dallas, TX 75303 | **KCI USA**<br>PO Box 301557<br>Dallas, TX 75303 | **Business Debt Unsecured** | | **14,773.66** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Caregiver Management Systems, Inc.**                          Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Main Healthcare/ Main at Locust**<br>**2151 Kimberly Rd**<br>**Bettendorf, IA 52722** | **Main Healthcare/ Main at Locust**<br>**2151 Kimberly Rd**<br>**Bettendorf, IA 52722** | **Business Debt Unsecured** | | **4,765.66** |
| **Martin Brothers**<br>**406 Viking Rd**<br>**PO Box 69**<br>**Frederika, IA 50631** | **Martin Brothers**<br>**406 Viking Rd**<br>**PO Box 69**<br>**Frederika, IA 50631** | **Vendor General Unsecured Debt** | | **130,692.38** |
| **Medline Industries, Inc.**<br>**Dept. CH 14400**<br>**Palatine, IL 60055** | **Medline Industries, Inc.**<br>**Dept. CH 14400**<br>**Palatine, IL 60055** | **Vendor Business Debt Unsecured** | | **11,295.62** |
| **Midwest Respiratory and Rehab**<br>**12140 Roberts Rd**<br>**La Vista, NE 68128** | **Midwest Respiratory and Rehab**<br>**12140 Roberts Rd**<br>**La Vista, NE 68128** | **Business Unsecured Debt** | | **5,475.00** |
| **Muscatine Power and Water**<br>**3205 Cedar St**<br>**Muscatine, IA 52761** | **Muscatine Power and Water**<br>**3205 Cedar St**<br>**Muscatine, IA 52761** | **Utility** | | **7,180.16** |
| **ONR, Inc.**<br>**1101 S Capital of Texas Hwy**<br>**Austin, TX 78746** | **ONR, Inc.**<br>**1101 S Capital of Texas Hwy**<br>**Austin, TX 78746** | **Business Debt Unsecured** | | **70,000.00** |
| **Rashid Long Term Care**<br>**2404 Avenue L**<br>**Fort Madison, IA 52627** | **Rashid Long Term Care**<br>**2404 Avenue L**<br>**Fort Madison, IA 52627** | **Business Debt Unsecured** | | **170,583.77** |
| **RecoverCare, LLC**<br>**Key Bank-Lock Box # 713222**<br>**895 Central Ave, Ste. 600**<br>**Cincinnati, OH 45202** | **RecoverCare, LLC**<br>**Key Bank-Lock Box # 713222**<br>**895 Central Ave, Ste. 600**<br>**Cincinnati, OH 45202** | **Business Debt Unsecured** | | **7,445.60** |
| **Stericycle, Inc.**<br>**PO Box 6575**<br>**Carol Stream, IL 60197** | **Stericycle, Inc.**<br>**PO Box 6575**<br>**Carol Stream, IL 60197** | **Business Debt Unsecured** | | **8,518.80** |
| **Trinity Hospital**<br>**1518 Mulberry Ave.**<br>**Muscatine, IA 52761** | **Trinity Hospital**<br>**1518 Mulberry Ave.**<br>**Muscatine, IA 52761** | **Business Debt Unsecured** | | **20,081.02** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Caregiver Management Systems, Inc.**                                        Case No. _____

_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I
have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **December 19, 2013**_____            Signature   **/s/ Jerry Rhoads**_____

                                                                     **Jerry Rhoads**
                                                                     **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Accelerated Care Plus
13828 Collections Center Dr
Chicago, IL 60693


Accountemps
PO Box 743295
Los Angeles, CA 90074


Adam's Specialty Products
7260 Commerce Plaza Dr
Neenah, WI 54956


Advanced Door Control Solution
405 Backbone Rd E,
Princeton, IL 61356


Advanced Medical Transport
1718 N Sterline Ave
Peoria, IL 61604


Advanced Radiology
Billing Office
615 Valley View Dr, Ste. 202
Moline, IL 61265


Aflac
Attn: Remittance Processing Service
1931 Wynnton Road
Columbus, GA 31999


Aflac Group Insurance
P.O. Box 890846
Charlotte, NC 28289


Alan Fedge, MC PC
PO Box 2278
Cedar Rapids, IA 52406


AliMed, Inc.
Accounts Receivable
PO Box 9135
Dedham, MA 02027

All American Restorative Care of WA
601 E. Polk St,
Washington, IA 52353


Alliance Laundry Systems
P.O. Box 203801
Dallas, TX 75320


Alliance Laundry Systems
P.O. Box 203801
Dallas, TX 75320


American Solutions For Business
NW#7794
PO Box 1450
Minneapolis, MN 55485


AMEX
P.O. Box 297812
Fort Lauderdale, FL 33329


Ampex Medical Supplies
12335 Kingsride Ln
Suite 130
Houston, TX 77024


Anderson Erickson Dairy, Co.
2420 E University
Des Moines, IA 50317


Annette Hill
PO Box 2027
Iowa City, IA 52244


Apollo Corporation
450 Main St
Somerset, WI 54025


ArjoHuntleigh
PO Box 640799
Pittsburgh, PA 15264


Associated Business Solutions
17870 Newhope St 104/437
Fountain Valley, CA 92708

Berlins ProShop
1903 Park Ave. Ste. 22
Muscatine, IA 52761


BioTech X-ray, Inc.
1065 Executive Pkwy
Suite 220
Saint Louis, MO 63141


BLR
PO Box 41503
Nashville, TN 37204


BMT Leasing
PO Box 692
Bryn Mawr, PA 19010


BNB Systems
PO Box 5603
Shreveport, LA 71135


Bosch Pest Control
1103 Grandview Ave
PO Box 241
Muscatine, IA 52761


Briggs Corporation
PO Box 1355
Des Moines, IA 50306


Brown Winick Attorneys at Law
666 Grand Ave. Ste. 20000
Ruan Center
Des Moines, IA 50309


Buck, Charles R. MD
PO Box 2027
Iowa City, IA 52244


Burn's & Son's Direct Appliance
2112 Park Ave.
Muscatine, IA 52761

Capital One Commercial
PO Box 5219
Carol Stream, IL 60197


Cardiovascular Medicine, PC
PO Box 428
Davenport, IA 52805


Centers for Medicare and Medicaid
Divsion of Acct. Operations
PO Box 7520, Mail Stop C3-11-03
Windsor Mill, MD 21244


Century Laundry Dist
PO Box 5818
Cedar Rapids, IA 52406


Century Link
Business Services
PO Box 52187
Phoenix, AZ 85072


Century Link, Seattle
PO BOX 91154
Seattle, WA 98111


Chester A or Marietta Zimmerman
2123 Lucas St
Muscatine, IA 52761


Community Bank
615 Cedar Drive
Muscatine, IA 52761


Community Medical Supply, Inc.
PO Box 948
Washington, IA 52353


Continental Fire and Sprinkler
PO Box 30036
Omaha, NE 68103

Creative Solutions, Unlimited, Inc.
203 Gilman St
PO Box 560
Sheffield, IA 50475


Creative Solutions, Unlimited, Inc.
203 Gilman St
PO Box 560
Sheffield, IA 50475


Day Air Conditioning
627 Monroe St
Muscatine, IA 52761


Diane Marston
309 W 11th St
Muscatine, IA 52761


DJO, LLC
PO Box 515471
Los Angeles, CA 90051


Douglas Parker
413 1/2 Cleveland St
Muscatine, IA 52761


Eastern Iowa Community College
306 W River Dr
Davenport, IA 52801


Eastern Iowa Landscape
403 B Cleveland St
Muscatine, IA 52761


Environmental Services, Inc.
319 East 2nd St.
Ste. 302
Muscatine, IA 52761


Excel National Bank
9701 Wilshore Blvd.
Suite 101
Beverly Hills, CA 90212

Fareway Stores, Inc.
301 N Marion
Washington, IA 52353


First National Bank
300 E. 2nd Street
Muscatine, IA 52761


Fredrikson & Byron, PA
Attorneys and Advisors
PO Box 1484
Minneapolis, MN 55480


Functional Pathways
614 Mabry Hood Rd
Ste 301
Knoxville, TN 37932


GE Capital
PO Box 740423
Atlanta, GA 30374


GE Capital C/O Ricoh USA Program
PO Box 650016
Dallas, TX 75265


Goodwin Tucker Group
2900 Delaware Ave
Des Moines, IA 50317


Greenwood Cleaning Systems
5880 Tremont Ave.
Davenport, IA 52807


Gulf South Medical Supply
PO Box 841968
Dallas, TX 75284


HD Facilities Maintenance
PO Box 509058
San Diego, CA 92150


hibu inc.
PO Box 660052
Dallas, TX 75266

Home Pages
915 E. Lincoln Hwy.
PO Box 801
Dekalb, IL 60115


HPSI Purchasing Services
1 Ada
Suite 150
Irvine, CA 92618


HyVee Accounts Receivable
5820 Westown Pkwy
West Des Moines, IA 50266


Independent Insurance Services
1736 W. Locust St.
Davenport, IA 52804


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Investigations Divsions, Audits Uni
Dpet of Inspections and Appeals
Lucas St Office Building 3rd Floor
Des Moines, IA 50319


Iowa Board of Examiners- Hm Admin
Iowa Dept of Public Health
Lucas St. Office Building, 5th Floo
Des Moines, IA 50319


Iowa Board of Pharmacy
Controlled Drug Division
400 SW 8th St, Ste E
Des Moines, IA 50309


Iowa Department of Health Facilitie
Attn: Karen Richardson
Des Moines, IA 50319


Iowa Department of Inspection
Division of Health Facilities
Lucas State Office Building
Des Moines, IA 50319

Iowa Dept of Human Services
PO Box 36445
Des Moines, IA 50315


Iowa Div of Criminal Investigation
Bureau of Identification, 1st Floor
215 E 7th St
Des Moines, IA 50319


Iowa Div of Labor Services
Boiler Safety Section
1000 E Grand Ave
Des Moines, IA 50319


Iowa Healthcare Association
1775 90th St
West Des Moines, IA 50266


Iowa Medicaid Enterprise
100 Army Post Road
Des Moines, IA 50315


Iowa Workforce Development Center
1000 East Grand Ave
Des Moines, IA 50319


J S Fire, Inc.
2805 Patrick Ln
Muscatine, IA 52761


Jabbari, Sarvenaz MD
PO Box 2027
Iowa City, IA 52244


Kabel Business Servies
1454 30th St, Ste. 202
West Des Moines, IA 50266


KC Printing Services
22292 North Pepper Rd
Unit A
Barrington, IL 60010

KCI USA
PO Box 301557
Dallas, TX 75303


KWPC- AM
3218 Mulberry Ave.
Muscatine, IA 52761


Lane & Waterman, LLP
220 N Main St
Suite 600
Davenport, IA 52801


Logical Lease
1061 E. Main Street
Suite 100A
Dundee, IL 60118


Main Healthcare/ Main at Locust
2151 Kimberly Rd
Bettendorf, IA 52722


Marilyn Reiner
2640 Spitz Dr
Muscatine, IA 52761


Martin Brothers
406 Viking Rd
PO Box 69
Frederika, IA 50631


Mature Focus
PO Box 1031
Moline, IL 61266


MDU, INC.
294 Union St
Hackensack, NJ 07601


Med Pass
L-3495
Columbus, OH 43260

Medline Industries, Inc.
Dept. CH 14400
Palatine, IL 60055


Midwest Respiratory and Rehab
12140 Roberts Rd
La Vista, NE 68128


Miller's Florist
612 Hope Ave
Muscatine, IA 52761


Muscatine Chamber of Commerce
102 Walnut St
Muscatine, IA 52761


Muscatine Community Y
1823 Logan St
PO Box 978
Muscatine, IA 52761


Muscatine County Treasurer
Jerry L. Coffman
414 E. Third St., Suite 102
Muscatine, IA 52761


Muscatine Power and Water
3205 Cedar St
Muscatine, IA 52761


Muscatine Radiology
2104 Cedarwood Dr
Suite 101
Muscatine, IA 52761


Neil R Gross & Co., Inc.
Court Reporters and Transcribers
1323 Rhode Island Ave., NW
Washington, DC 20005


Nutrition Care Systems, Inc.
1275 Davis Rd., Ste. 121
Elgin, IL 60123

O'Donnel Ace Hardware
1420 Park Ave.
Muscatine, IA 52761


ONR, Inc.
1101 S Capital of Texas Hwy
Austin, TX 78746


ORA Orthopedics PC
520 Valley View Drive #100
Moline, IL 61265


Personal Safety Corporation
PO Box 128
Hiawatha, IA 52233


Providers Plus, Inc.
1214 N 128th Circle
Omaha, NE 68154


Quad City Times
% Lee Newspapers
PO Box 742545
Cincinnati, OH 45274


Radiologic Medical Services, PC
2769 Hearland Dr., Ste., 307
Eldred, NY 12732


Radiology Consultants of Iowa
PO Box 338
Cedar Rapids, IA 52406


Rashid Long Term Care
2404 Avenue L
Fort Madison, IA 52627


Recognition Works
8790 D Plata Lane
Atascadero, CA 93422


RecoverCare, LLC
Key Bank-Lock Box # 713222
895 Central Ave, Ste. 600
Cincinnati, OH 45202

Reliable Network Solutions, LLC
PO Box 1437
Muscatine, IA 52761


Ricoh USA, Inc.
PO Box 802815
Chicago, IL 60680


Riverbend Transit
7440 Vine St Ct
Davenport, IA 52806


Robert and Dawn Lagone DPM PC
2220 Park Ave
Muscatine, IA 52761


Secretary of State
Lucas Building, First Floor
Des Moines, IA 50319


Serenity Aviary Services
PO Box 635
Neenah, WI 54956


Sherwin-Williams
120 E 2nd St.
Muscatine, IA 52761


Shred-it USA, Inc.
25260 Network Dr
Chicago, IL 60673


Sign Pro
PO Box 152
Muscatine, IA 52761


Social Security Administration
4391 N Brady Street
Davenport, IA 52806


Southeast Iowa Ambulance Service
PO Box 950
Iowa City, IA 52244

Stanley Security Solutions
Dept. CH 10504
Palatine, IL 60066


Stericycle, Inc.
PO Box 6575
Carol Stream, IL 60197


Tina M Stec, MD
PO Box 2027
Iowa City, IA 52244


Treasurer State of Iowa
PO Box 10468
Des Moines, IA 50306


Trinity Bettendorf
4500 Utica Ridge Dr
Bettendorf, IA 52722


Trinity Hospital
1518 Mulberry Ave.
Muscatine, IA 52761


Trinity Muscatine Food Service
1518 Mulberry Ave
Muscatine, IA 52761


Trinity Muscatine Physician Clinics
Physician Clinics
PO Box 497
Muscatine, IA 52761


Tyco Integrated Security LLC
PO Box 371967
Pittsburgh, PA 15250


University of IA College of Nursing
101 College of Nursing Building
50 Newton Road
Iowa City, IA 52242


University of Iowa Hospitals&Clinic
200 Hawkins Dr
Iowa City, IA 52242

Urological Group, LTD
608 35th Ave.
Moline, IL 61265


Val-U-Chem, Inc.
PO Box 82310
Phoenix, AZ 85071


Victor Cornelius
PO Box 71
Eastland, TX 76448


Vision Center PC
1700 Park Ave.
PO Box 901
Muscatine, IA 52761


Walgreens
PO Box 90484
Chicago, IL 60696


WORKS24
3508 French Park Dr.
Suite 1
Edmond, OK 73034


Xerox Corporation
PO Box 802567
Chicago, IL 60680

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Caregiver Management Systems, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Caregiver Management Systems, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Jerry Rhoads**
**1919 Wildwood Ln.**
**Muscatine, IA 52761**

**Kip Rhoads**
**6 Hickory Rd.**
**Cary, IL 60013**

**Shari Rhoads**
**1919 Wildwood Ln.**
**Muscatine, IA 52761**

☐ None [*Check if applicable*]

**December 19, 2013**

Date

/s/ Konstantine Sparagis

**Konstantine Sparagis 6256702**

Signature of Attorney or Litigant

Counsel for   **Caregiver Management Systems, Inc.**

**Law Offices Of Konstantine Sparagis**
**8 S. Michigan Avenue**
**27th Floor**
**Chicago, IL 60603**
**312.753.6956 Fax:866.333.1840**